## Wachtell, Lipton, Rosen & Katz

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

| | | |
|---|---|---|
| MARTIN LIPTON | RALPH M. LEVENE | JEANNEMARIE O'BRIEN | IAN BOCZKO |
| HERBERT M. WACHTELL | RICHARD G. MASON | WAYNE M. CARLIN | MATTHEW M. GUEST |
| PAUL VIZCARRONDO, JR. | MICHAEL J. SEGAL | STEPHEN R. DiPRIMA | DAVID E. KAHAN |
| PETER C. HEIN | DAVID M. SILK | NICHOLAS G. DEMMO | DAVID K. LAM |
| HAROLD S. NOVIKOFF | ROBIN PANOVKA | IGOR KIRMAN | BENJAMIN M. ROTH |
| MEYER G. KOPLOW | DAVID A. KATZ | JONATHAN M. MOSES | JOSHUA A. FELTMAN |
| THEODORE N. MIRVIS | ILENE KNABLE GOTTS | T. EIKO STANGE | ELAINE P. GOLIN |
| EDWARD D. HERLIHY | DAVID M. MURPHY | DAVID A. SCHWARTZ | EMIL A. KLEINHAUS |
| DANIEL A. NEFF | JEFFREY M. WINTNER | JOHN F. LYNCH | KARESSA L. CAIN |
| ANDREW R. BROWNSTEIN | TREVOR S. NORWITZ | WILLIAM SAVITT | RONALD C. CHEN |
| MICHAEL H. BYOWITZ | BEN M. GERMANA | ERIC M. ROSOF | GORDON S. MOODIE |
| PAUL K. ROWE | ANDREW J. NUSSBAUM | MARTIN J.E. ARMS | DONGJU SONG |
| MARC WOLINSKY | RACHELLE SILVERBERG | GREGORY E. OSTLING | BRADLEY R. WILSON |
| DAVID GRUENSTEIN | STEVEN A. COHEN | DAVID B. ANDERS | GRAHAM W. MELI |
| STEVEN A. ROSENBLUM | DEBORAH L. PAUL | ANDREA K. WAHLQUIST | GREGORY E. PESSIN |
| STEPHANIE J. SELIGMAN | DAVID C. KARP | ADAM J. SHAPIRO | CARRIE M. REILLY |
| JOHN F. SAVARESE | RICHARD K. KIM | NELSON O. FITTS | MARK F. VEBLEN |
| SCOTT K. CHARLES | JOSHUA R. CAMMAKER | JOSHUA M. HOLMES | VICTOR GOLDFELD |
| JODI J. SCHWARTZ | MARK GORDON | DAVID E. SHAPIRO | EDWARD J. LEE |
| ADAM O. EMMERICH | JOSEPH D. LARSON | DAMIAN G. DIDDEN | BRANDON C. PRICE |
| GEORGE T. CONWAY III | LAWRENCE S. MAKOW | ANTE VUCIC | KEVIN S. SCHWARTZ |

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

| | |
|---|---|
| WILLIAM T. ALLEN | DAVID S. NEILL |
| PETER C. CANELLOS | BERNARD W. NUSSBAUM |
| DAVID M. EINHORN | LAWRENCE B. PEDOWITZ |
| KENNETH B. FORREST | ERIC S. ROBINSON |
| THEODORE GEWERTZ | PATRICIA A. ROBINSON* |
| MAURA R. GROSSMAN | ERIC M. ROTH |
| RICHARD D. KATCHER | MICHAEL W. SCHWARTZ |
| DOUGLAS K. MAYER | ELLIOTT V. STEIN |
| ROBERT B. MAZUR | WARREN R. STERN |
| PHILIP MINDLIN | PATRICIA A. VLAHAKIS |
| ROBERT M. MORGENTHAU | AMY R. WOLF |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | PAULA N. GORDON |
| AMANDA K. ALLEXON | NANCY B. GREENBAUM |
| LOUIS J. BARASH | MARK A. KOENIG |
| DIANNA CHEN | J. AUSTIN LYONS |
| ANDREW J.H. CHEUNG | ALICIA C. McCARTHY |
| PAMELA EHRENKRANZ | SABASTIAN V. NILES |
| KATHRYN GETTLES-ATWA | AMANDA N. PERSAUD |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |

Direct Dial: (212) 403-1226
Direct Fax: (212) 403-2226
MWolinsky@wlrk.com

October 5, 2015

**BY ELECTRONIC FILING**

The Honorable Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    *Employees' Retirement System of the City of Montgomery* v. *JPMorgan Chase Bank, N.A.*, 1:15-cv-6002-GHW, and

            *Oakland Police & Fire Retirement System* v. *JPMorgan Chase Bank, N.A.*, 1:15-cv-6007-GHW

Dear Judge Woods:

       We represent defendant JPMorgan Chase Bank, N.A. ("JPMorgan") in the above-captioned, related actions along with Kelley, Drye & Warren LLP. As indicated in our August 28, 2015 letter (*Montgomery* Dkt. No. 5; *Oakland* Dkt. No. 14), the parties have now negotiated a stipulation and proposed order whereby defendants will accept service, the two cases will be consolidated, and a schedule will be set for the filing of a consolidated, amended complaint and defendants' motions to dismiss or other responses to such complaint. A copy of the stipulation and proposed order is attached as Exhibit A hereto.

The Honorable Gregory H. Woods
October 5, 2015
Page 2

       Pursuant to Your Honor's individual practices and Rule 18.3 of the SDNY ECF Rules and Instructions, the parties are simultaneously with this letter submitting the stipulation and proposed order to the Orders and Judgments Clerk via email.

       We are available to answer any questions the Court may have regarding this stipulation and proposed order.

       Respectfully Submitted,

       Marc Wolinsky

cc:    Counsel of Record (by ECF)
       John Villa (counsel for Simpson Thacher) (by email)